```
                                    ___ FILED         ___ RECEIVED
                                    ___ ENTERED       ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                           MAR - 4 2020

                                        CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

1  Patrick R. Leverty, Esq.
   Nevada Bar No. 8840
2  William R. Ginn, Esq.
   Nevada Bar No. 6989
3  832 Willow Street
   Reno, Nevada 89502
4  Ph: (775) 322-6636 • Fax: (775) 322-3953
   *Counsel for Defendants Kalicki Collier, LLP,*
5  *John A. Collier and James A. Kalicki*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.

    CASE NO.   3:19-CV-00709-MMD-CLB

    ORDER

KALICKI COLLIER, LLP; JOHN A.
COLLIER; JAMES A. KALICKI; and ROBIN
RUMBAUGH, as Trustee of the Edith and
James Harley Trust Dated August 31, 1981,
Trustee of the Edith and James Harley Trust –
Survivor's Trust, and Trustee of the Edith and
James Harley Trust – Residual Trust,

    Defendants.

### DEFENDANTS KALICKI COLLIER, LLP, JOHN A. COLLIER AND JAMES A. KALICKI'S MOTION TO CONTINUE THE TELEPHONIC CASE MANAGEMENT CONFERENCE

Defendants Kalicki Collier, LLP, John A. Collier and James A. *Kalicki* (collectively "Kalicki Collier"), by and through their counsel of record, Leverty & Associates Law Chtd., hereby respectfully requests that this Court grant a continuance of the telephonic case management conference scheduled for Friday, March 27, 2020, at 9:00 a.m. In support of this Motion, Kalicki Collier and its counsel respectfully state as follows:

    1.    On March 3, 2020, this Court issued an order (the "Order") setting a telephonic case management conference in this matter for Friday, March 27, 2020, at 9:00 a.m. Significantly, the Order states the following:

> The case management conference is mandatory and lead counsel or trial counsel are required to appear telephonically for this hearing. If there is a conflict with the

date and time for the hearing, counsel have leave to request that the conference be continued.

See Order, Docket No. 44 at 1:15-18.

2.  Counsel for Kalicki Collier, Patrick R. Leverty, Esq., will be out of the country from March 16, 2020 through Friday, March 27, 2020 and thus will not be able to call in to the telephonic conference on March 27, 2020.

3.  Counsel for Kalicki Collier, William R. Ginn, Esq., will be out of the office on Friday, March 27, 2020 and will not be able to call in to the telephonic conference.

4.  Both Patrick R. Leverty, Esq. and William R. Ginn, Esq. will be able to participate in a conference call starting Monday, March 30, 2020.

For the foregoing reasons, Kalicki Collier and their counsel respectfully request a short continuance of the telephonic case management conference.

DATED this 3rd day of March, 2020.

**IT IS SO ORDERED**

_____
U.S. MAGISTRATE JUDGE

DATED: 3/4/2020

LEVERTY & ASSOCIATES LAW CHTD.

/S/ Patrick Leverty
_____
Patrick R. Leverty, Esq.
832 Willow St.
Reno, NV 89502
Counsel for Defendants Kalicki Collier, LLP,
John A. Collier and James A. Kalicki

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED this 3rd day of March, 2020.

/S/ Patrick Leverty
_____
Patrick R. Leverty, Esq.