JANICE HODGE JENSEN (SBN 563)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: 775-322-1170
F: 775-322-1865
jjensen@laxalt-nomura.com

Attorneys for Cross-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALPS Property & Casualty Insurance Company,<br><br>   Plaintiff,<br><br>v.<br><br>KALICKI COLLIER, LLP; JOHN A. COLLIER; JAMES A. KALICKI; AND ROBIN RUMBAUGH AS TRUSTEE OF THE EDITH AND JAMES HARL TRUST DATED AUGUST 31, 1981, RESIDUAL TRUST, AND SURVIVOR TRUST,<br><br>   Defendants.<br><br>ROBIN RUMBAUGH, AS TRUSTEE OF THE EDITH AND JAMES HARLEY TRUST DATED AUGUST 31, 1981, RESIDUAL TRUST, AND SURVIVOR TRUST,<br><br>   Counterclaimant,<br><br>v.<br><br>ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>   Counterdefendant.<br><br>AND RELATED CROSS CLAIM. | Case No. 3:19-cv-00709-MMD-CLB<br><br>NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC CASE FILING LIST |

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada 89521

1

1    Wayne A. Shaffer of the Law Firm of Laxalt & Nomura, Ltd. hereby requests to be
2 removed from the electronic case filing list in the above-captioned matter for the reason set
3 forth below.
4    1.   On April 10, 2020, the Court dismissed the Crossclaim for lack of jurisdiction.
5    2.   I no longer need to be on the Court's service list.
6    Accordingly, Wayne A. Shaffer of the Law Firm of Laxalt & Nomura, Ltd. hereby
7 requests to be removed from all electronic lists herein.
8    Dated this 5th day of May, 2020.

                                    LAXALT & NOMURA, LTD.

                                    By: /s/ Wayne A. Shaffer
                                       WAYNE A. SHAFFER (SBN 1519)
                                       JANICE HODGE JENSEN (SBN 563)
                                       9790 Gateway Drive, Suite 200
                                       Reno, Nevada  89521
                                       T: 775-322-1170
                                       F: 775-322-1865
                                       wshaffer@laxalt-nomura.com
                                       jjensen@laxalt-nomura.com

IT IS SO ORDERED.

May 13, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

                                    Attorneys for Cross-Defendants

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing document by E-Service by filing the same with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following email addresses:

Michael D. Hoy
Hoy Chrissinger Kimmel Vallas, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
mhoy@nevadalaw.com

Patrick R. Leverty
Leverty & Associates Law, Chtd.
832 Willow Street
Reno, Nevada 89502
Pat@levertylaw.com

Douglas R. Brown
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
drb@lge.net

Kevin D. Hartzell
Brooke H. McCarthy
Kutak Rock, LLP
1650 Farman Street
Omaha, NE 68102-2186
Kevin.Hartzell@KutakRock.com
Brooke.mccarthy@kutakrock.com

DATED this 5th day of May, 2020.

/s/ Laurie Pieratt
LAURIE PIERATT

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada 89521

3