1    Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
2    William R. Ginn, Esq.
Nevada State Bar No. 6989
3    LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
4    Reno, Nevada 89502
Ph: (775) 322-6636
5    Fax: (775) 322-3953
email: pat@levertylaw.com
6    email: bill@levertylaw.com
*Attorneys for Kalicki Collier Defendants*

7

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10    ALPS PROPERTY & CASUALTY       )
     INSURANCE COMPANY             )
11                                   )
              Plaintiff,         )
12                                   )    Case No.:      3:19-cv-00709-MMD-CLB
       v.                              )
13                                   )    **STIPULATION FOR EXTENSION OF**
     KALICKI COLLIER, LLP; JOHN A.      )    **TIME FOR DEFENDANTS TO**
14    COLLIER; JAMES A KALICKI; and ROBIN   )    **RESPOND TO PLAINTIFF ALPS**
     RUMBAUGH, as Trustee of the Edith and    )    **PROPERTY & CASUALTY**
15    James Harley Trust Dated August 31, 1981,   )    **INSURANCE COMPANY'S MOTION**
     Trustee of the Edith and James Harley Trust - )    **FOR SUMMARY JUDGMENT AND**
16    Survivor's Trust, and Trustee of the Edith and )    **FOR ALPS TO FILE A REPLY**
     James Harley Trust - Residual Trust.       )
17                                   )    **(FIRST REQUEST)**
              Defendants.      )
18    _____ )

19         Plaintiff ALPS Property & Casualty Insurance Company ("ALPS"), Defendant Robin

20    Rumbaugh ("Rumbaugh"), in her capacity as Trustee of the Edith and Jame Harley Trust Dated

21    August 3, 1981, the Edith and James Harley Trust - Survivor's Trust, and the Edith and James

22    Harley Trust - Residual Trust, and Defendants Kalicki Collier LLP ("Kalicki Collier Firm"),

23    John A. Collier ("Collier"), and James A. Kalicki ("Kalicki" and together with Collier and the

24    Kalicki Collier Firm, "KC Defendants"), by and through their respective counsel, respectively

25    stipulate that Rumbaugh and the KC Defendants shall have up to and including **July 31, 2020,** to

26    respond to the ALPS' motion for summary judgment.

27         The parties further stipulate that ALPS shall have up to and included **August 21, 2020**, to

28    file a reply.

                                           1

1    On Friday, June 26, 2020, ALPS filed a motion for summary judgment (Doc # 77). The

2  responses were originally due on July 17, 2020. On Thursday, July 2, 2020, the KC Defendants

3  requested a two week extension of time to file a response to the motion for summary judgment

4  and ALPS graciously granted the request.

5    This is the first (1st) requested extension.

6  DATED this  6th   day of July, 2020.          DATED this  7th   day of July, 2020.

7  KUTAK ROCK LLP                          LEVERTY & ASSOCIATES LAW CHTD.

8   /S/ *Brooke McCarthy*                     /S/ *Patrick Leverty*
   Kevin D. Hartzell (*pro hac vice*)         Patrick R. Leverty
9  Brooke H. McCarthy (*pro hac vice*)        832 Willow Street
   1650 Farnam Street                         Reno, NV 89502
10  Omaha, NE 68102-2186                      *Attorneys for the KC Defendants*

11
   Douglas R. Brown, Esq.                    DATED this 6th   day of July, 2020.
12  Lemons, Grundy & Eisenberg
   6005 Plumas Street, Third Floor           HOY CHRISSINGER KIMMEL VALLAS, PC
13  Reno, Nevada 89519
   *Attorneys for Plaintiff ALPS Property &*   /S/ *Michael Hoy*
14  *Casualty Insurance Company*              Michael D. Hoy, Esq.
                                             50 W. Liberty St., Suite 840
15                                           Reno, Nevada 89501
                                             *Counsel for Defendant Robin Rumbaugh*
16

17                         **IT IS SO ORDERED**:

18

19                         UNITED STATES DISTRICT JUDGE

20                         DATED:   July 7, 2020                              .

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that, on July 7, 2020,  I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

/S/ *Patrick Leverty*
Patrick R. Leverty

3