Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953
email: pat@levertylaw.com
*Attorneys for Kalicki Collier Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KALICKI COLLIER, LLP; JOHN A. COLLIER; JAMES A KALICKI; and ROBIN RUMBAUGH, as Trustee of the Edith and James Harley Trust Dated August 31, 1981, Trustee of the Edith and James Harley Trust - Survivor's Trust, and Trustee of the Edith and James Harley Trust - Residual Trust.<br><br>Defendants. | Case No.: 3:19-cv-00709-MMD-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THE KC DEFENDANTS TO RESPOND TO PLAINTIFF ALPS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND FOR ALPS TO FILE ITS REPLIES**<br><br>**(THIRD REQUEST)** |

Plaintiff ALPS Property & Casualty Insurance Company ("ALPS") and Defendants Kalicki Collier LLP ("Kalicki Collier Firm"), John A. Collier ("Collier"), and James A. Kalicki ("Kalicki" and together with Collier and the Kalicki Collier Firm, "KC Defendants"), by and through their respective counsel, respectively stipulate that the KC Defendants shall have up to and including **Tuesday, August 11, 2020,** to respond to the ALPS' motion for summary judgment.

The parties further stipulate that ALPS shall have up to and including **Friday, August 28, 2020**, to file its reply to the KC Defendants' opposition. All the parties, including Defendant Robin Rumbaugh ("Rumbaugh"), in her capacity as Trustee of the Edith and Jame Harley Trust Dated August 3, 1981, the Edith and James Harley Trust - Survivor's Trust, and the Edith and James Harley Trust - Residual Trust, previously stipulated that ALPS shall have up to and including Friday, August 28, 2020, to file its replies. (ECF #81).

1

On Friday, June 26, 2020, ALPS filed a motion for summary judgment (ECF #77). The responses were originally due on July 17, 2020.

On Thursday, July 2, 2020, the KC Defendants requested a two week extension of time to file a response to the motion for summary judgment and ALPS graciously granted the request. The parties filed a stipulation for an extension of time. (ECF #78).

On July 27, 2020, the KC Defendants requested an additional one week extension of time to file a response and ALPS graciously granted the request. The parties filed a stipulation for an extension of time. (ECF #81).

On August 5, 2020, Rumbaugh filed an opposition to the motion for summary judgment. (ECF #83).

On August 5, 2020, the KC Defendants requested an additional two business days to file a response and ALPS graciously granted the request. This is the third (3rd) requested extension.

DATED this 6th day of August, 2020.

KUTAK ROCK LLP

/S/ *Brooke McCarthy*
Kevin D. Hartzell (*pro hac vice*)
Brooke H. McCarthy (*pro hac vice*)
1650 Farnam Street
Omaha, NE 68102-2186

Douglas R. Brown, Esq.
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
*Attorneys for Plaintiff ALPS Property & Casualty Insurance Company*

DATED this 6th day of August, 2020.

LEVERTY & ASSOCIATES LAW CHTD.

/S/ *Patrick Leverty*
Patrick R. Leverty
832 Willow Street
Reno, NV 89502
*Attorneys for the KC Defendants*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:   August 6, 2020                    .

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that, on August 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                    /S/ *Patrick Leverty*
                                    Patrick R. Leverty