Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953
email: pat@levertylaw.com
*Attorneys for Kalicki Collier Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>KALICKI COLLIER, LLP; JOHN A. COLLIER; JAMES A KALICKI; and ROBIN RUMBAUGH, as Trustee of the Edith and James Harley Trust Dated August 31, 1981, Trustee of the Edith and James Harley Trust - Survivor's Trust, and Trustee of the Edith and James Harley Trust - Residual Trust.<br><br>Defendants. | Case No.:  3:19-cv-00709-MMD-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT COLLIER TO FILE A REPLY TO HIS MOTION TO AMEND THE SCHEDULING ORDER AND FOR LEAVE TO FILE A COUNTER-COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff ALPS Property & Casualty Insurance Company ("ALPS") and Defendant John A. Collier ("Collier"), by and through their respective counsel, respectively stipulate that Defendant Collier shall have up to and including **Friday, August 14, 2020,** to file a reply to his Motion to Amend the Scheduling Order and for Leave to File a Counter-Complaint.

On July 20, 2020, Defendant Collier filed a Motion to Amend the Scheduling Order and for Leave to File a Counter-Complaint. (ECF #80). On August 3, 2020, Plaintiff ALPS filed an opposition. (ECF #82). Defendant Collier's reply is currently due on Monday, August 10, 2020.

On August 5, 2020, Defendant Collier requested an additional four (4) business days to file the reply and ALPS graciously granted the request.

/ / / /

/ / / /

/ / / /

1

1  This is the first (1st) requested extension related to the Motion to Amend the Scheduling
2  Order and for Leave to File a Counter-Complaint. (ECF #80).
3  DATED this 6th day of August, 2020.          DATED this 6th day of August, 2020.
4  KUTAK ROCK LLP                                LEVERTY & ASSOCIATES LAW CHTD.

/S/ *Brooke McCarthy*                             /S/ *Patrick Leverty*
Kevin D. Hartzell (*pro hac vice*)               Patrick R. Leverty
Brooke H. McCarthy (*pro hac vice*)              832 Willow Street
1650 Farnam Street                               Reno, NV 89502
Omaha, NE 68102-2186                             *Attorneys for the KC Defendants*

Douglas R. Brown, Esq.
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
*Attorneys for Plaintiff ALPS Property &*
*Casualty Insurance Company*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2020

2

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that, on August 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/E CF system, which will send a Notice of Electronic Filing to all counsel of record.

/S/ *Patrick Leverty*
Patrick R. Leverty