Douglas R. Brown, Esq. (SBN 7620)
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Email: drb@lge.net

Kevin D. Hartzell (*pro hac vice*)
Brooke H. McCarthy (*pro hac vice*)
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2186
Email: kevin.hartzell@kutakrock.com
Email: brooke.mccarthy@kutakrock.com

*Counsel for Plaintiff ALPS Property & Casualty Insurance Company*

Michael D. Hoy, Esq. (SBN 2723)
Hoy Chrissinger Kimmel Vallas, PC
50 W. Liberty St., Suite 840
Reno, Nevada 89501
Email: mhoy@nevadalaw.com

*Counsel for Defendant Robin Rumbaugh*

Patrick R. Leverty, Esq. (SBN 8840)
William R. Ginn, Esq. (SBN 6989)
Leverty & Associates Law Chtd.
832 Willow Street
Reno, Nevada 89502
Email: pat@levertylaw.com
Email: bill@levertylaw.com

*Counsel for the Kalicki Collier Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KALICKI COLLIER, LLP; et al.,<br><br>Defendants. | Case No. 3:19-cv-00709-MMD-CLB<br><br>**STIPULATION TO EXTEND DEADLINE IN REVISED DISCOVERY PLAN AND SCHEDULING ORDER FOR PARTIES TO SERVE RULE 26(a)(2)(D) REBUTTAL EXPERT DISCLOSURES**<br><br>**(FIRST REQUEST)** |

Plaintiff ALPS Property & Casualty Insurance Company ("ALPS"), Defendants Kalicki Collier, LLP, John A. Collier, and James A. Kalicki (together, "KC Defendants"), and Defendant Robin Rumbaugh ("Rumbaugh" and together with ALPS and the KC Defendants, "Parties"), pursuant to LR IA 6-1, LR 7-1, LR 26-1, and LR 26-4, hereby stipulate and respectfully request the Court extend the deadline in the Revised Discovery Plan and Scheduling Order (ECF No. 62) regarding Fed. R. Civ. P. 26(a)(2)(D) rebuttal expert disclosures from September 3, 2020 to **September 24, 2020**.

1

As good cause and in support of this Stipulation, the Parties state:

(1) On April 3, 2020, the Court entered a Revised Discovery Plan and Scheduling Order in this matter. (ECF No. 62). In the Revised Discovery Plan and Scheduling Order, the deadline for initial expert disclosures under Fed. R. Civ. P. 26(a)(2) was July 23, 2020; the deadline for the Parties to file Fed. R. Civ. P. 26(a)(2)(D) rebuttal expert disclosures is September 3, 2020. (*Id.* ¶ 2).

(2) By correspondence dated July 10, 2020, the KC Defendants informed ALPS of Defendant John A. Collier's intent to seek leave to file breach of contract and bad faith counterclaims against ALPS. (ECF No. 80-6).

(3) On July 23, 2020, the KC Defendants served the Parties with their Rule 26(a)(2) initial expert disclosures. (ECF No. 91-1).

(4) Prior to July 10, 2020, ALPS was not aware of the KC Defendants' intent to seek leave to file a bad faith counterclaim against ALPS. The KC Defendants' motion for leave to file counterclaims against ALPS (ECF No. 80) is fully briefed and pending before the Court. Because a ruling on the KC Defendants' motion for leave to file counterclaims is not expected prior to September 3, 2020, ALPS has been diligently preparing its rebuttal expert disclosures and requires a few additional weeks to complete its disclosures. To that end, ALPS requested the KC Defendants and Rumbaugh agree to a three-week extension on the deadline to serve rebuttal expert disclosures, up to and including **September 24, 2020**. On August 19, 2020, the KC Defendants and Rumbaugh agreed to the extension.

(5) This is the Parties' first request to extend the Rule 26(a)(2)(D) rebuttal expert disclosure deadline. The three-week extension will not affect any other deadlines in the Revised Discovery Plan and Scheduling Order.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation and extend the deadline in the Revised Discovery Plan and Scheduling Order regarding Fed. R. Civ. P. 26(a)(2)(D) rebuttal expert disclosures from September 3, 2020 to **September 24, 2020**.

Case 3:19-cv-00709-MMD-CLB   Document 94   Filed 08/19/20   Page 3 of 4

Jointly submitted: August 19, 2020.

/s/ Brooke H. McCarthy
Kevin D. Hartzell (*pro hac vice*)
Brooke H. McCarthy (*pro hac vice*)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Email: kevin.hartzell@kutakrock.com
Email: brooke.mccarthy@kutakrock.com

Douglas R. Brown, Esq. (SBN 7620)
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Email: drb@lge.net

*Counsel for Plaintiff ALPS Property & Casualty Insurance Company*

/s/ Michael D. Hoy
Michael D. Hoy, Esq.
Nevada State Bar No. 2723
Hoy Chrissinger Kimmel Vallas, PC
50 W. Liberty St., Suite 840
Reno, Nevada 89501
Email: mhoy@nevadalaw.com
*Counsel for Defendant Robin Rumbaugh*

/s/ Patrick R. Leverty
Patrick R. Leverty, Esq. (SBN 8840)
William R. Ginn, Esq. (SBN 6989)
Leverty & Associates Chtd.
832 Willow Street
Reno, Nevada 89502
Email: pat@levertylaw.com
Email: bill@levertylaw.com
*Counsel for the Kalicki Collier Defendants*

**IT IS S͟O͟ O͟R͟D͟E͟R͟E͟D͟:**

*[signature]*

UNITED STATES MAGISTRATE JUDGE

DATED:   August 19, 2020

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<div style="text-align: right">
<u>s/ Brooke H. McCarthy</u>
Brooke H. McCarthy
</div>